# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2023

## NO. 03-21-00291-CV

**Randall Crowder, Appellant**

**v.**

**Philip Sanger, MD, Individually and Derivatively on behalf of TEXO Fund I, GP, LLC, and TEXO Ventures I, LP, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND SMITH
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE BYRNE
DISSENTING OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on March 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.